Richard R. Barker
Acting United States Attorney
Eastern District of Washington
Courtney R. Pratten
Assistant United States Attorney
402 E. Yakima Avenue, Suite 210
Yakima, Washington 98901
Telephone: (509) 454-4425

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 29, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

vs.

PRESTON K. FUNDERBURGH,

Defendant.

NO:    1:25-MJ-04071-ACE

MOTION TO SEAL COMPLAINT

Plaintiff, United States of America, by and through Vanessa R. Waldref, United States Attorney for the Eastern District of Washington, and Courtney R. Pratten, Assistant United States Attorney for said district, moves this Court for an Order to Seal the Complaint until further order of the Court or until the Defendant's arrest, whichever comes first.

DATED 29th of April 2025.

Richard R. Barker
Acting United States Attorney

*s/ Courtney R. Pratten*
Courtney R. Pratten
Assistant United States Attorney