FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 29, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>         )<br>         Plaintiff, )<br>         )<br>    vs.  )<br>         )<br> PRESTON K. FUNDERBURGH, )<br>         )<br>         Defendant. )<br>         ) | NO: 1:25-MJ-04071-ACE<br><br>Order Granting Motion to Seal Complaint |

Before the Court is Government's Motion to Seal Complaint.

For the reasons set forth in the motion, IT IS HEREBY ORDERED that the Motion to Seal is GRANTED. The district court executive is directed to enter this order and provide copies to counsel.

DATED this 29th day of April, 2025.



ALEXANDER C. EKSTROM
United States Magistrate Judge