# United States District Court, Eastern District of Washington
## Magistrate Judge Alexander C. Ekstrom
### Yakima

**USA v. PRESTON K. FUNDERBURGH**          **Case No. 1:25-MJ-4071-ACE**

## Initial Appearance on Complaint:                    04/30/2025

| | | | |
|---|---|---|---|
| ☒ | Pam Howard, Courtroom Deputy [Y] | ☒ | Courtney Pratten, US Atty |
| | | ☒ | Jennifer Barnes, Defense Atty |
| ☒ | Erica Helms, US Probation / Pretrial Services Officer | ☒ | Interpreter **NOT REQUIRED** |
| ☒ | Defendant present in custody USM | | |

| | | | |
|---|---|---|---|
| ☒ | USA Motion for Detention | ☒ | Rights given |
| ☐ | USA not seeking detention | ☒ | Acknowledgment of Rights filed |
| ☒ | Financial Affidavit (CJA 23) filed | ☒ | Defendant received copy of charging document |
| ☒ | The Court will appoint the Federal Defenders | ☐ | Defendant waived reading of charging document |
| ☐ | Based upon conflict with Federal Defenders, the Court will appoint a CJA Panel Attorney | ☒ | Charging document reviewed in open court |
| ☒ | Supplemental PRE-Trial Services Report ordered | ☐ | POST Pre-Trial Services Report ordered |

## REMARKS

The Defendant appeared and acknowledged to the Court that their true and correct name is: PRESTON K. FUNDERBURGH.

Defendant was assisted by counsel and advised of their rights and the allegations contained in the charging document.

Defense argues this charge does not warrant a detention hearing but if the Court finds in favor of the Government's filed Motion for Detention Hearing, Defense requests a week.

**The Court ordered:**
1. Defendant represents a danger of obstruction and warrants a Detention Hearing be held. Defendant shall be detained by the U. S. Marshal until further order of the Court.
2. As required by Rule 5(f), the United States is ordered to produce all information required by *Brady v. Maryland* and its progeny. Not doing so in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges, and contempt proceedings. Order forthcoming.

| **Detention Hrg:**<br>05/09/2025<br>@ 9:00 a.m. [Y/ACE] | **Preliminary Hrg:**<br>05/14/2025<br>@ 10:00 a.m. [Y/ACE] |
|---|---|