

Nick Mirr
Federal Defenders of Eastern Washington and Idaho
306 E. Chestnut Ave.
Yakima, Washington 98901
509.248.8920
Attorney for Preston K. Funderburgh

United States District Court
Eastern District of Washington
Honorable Alexander C. Ekstrom

| | |
|---|---|
| United States, | No. 1:25-MJ-4071-ACE |
| Plaintiff, | Notice of Appearance |
| v. | |
| Preston K. Funderburgh, | |
| Defendant. | |

Please take notice that Nick Mirr of the Federal Defenders of Eastern Washington and Idaho hereby enters his appearance as counsel of record in this matter. All future correspondence and court filings should be forwarded directly to the address listed above.

Dated: May 1, 2025.

    Federal Defenders of Eastern Washington & Idaho
    Attorneys for Preston K. Funderburgh

    s/ Nick Mirr
    Nick Mirr, AT0014467
    Iowa State Bar Ass'n
    306 E. Chestnut Ave.
    Yakima, Washington 98901
    t: (509) 248-8920
    nick_mirr@fd.org

## Service Certificate

I certify that on May 1, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will notify Assistant United States Attorneys: Courtney Pratten.

    s/ Nick Mirr
    Nick Mirr, AT0014467
    Iowa State Bar Ass'n
    306 E. Chestnut Ave.
    Yakima, Washington 98901
    t: (509) 248-8920
    nick_mirr@fd.org