# United States District Court, Eastern District of Washington
## Magistrate Judge Alexander C. Ekstrom
### Yakima

| | |
|---|---|
| **USA v. PRESTON K. FUNDERBURGH** | **Case No.  1:25-MJ-4071-ACE-1** |

**Detention Hearing:**  05/09/2025

| | |
|---|---|
| ☒ Pam Howard, Courtroom Deputy | ☒ Courtney Pratten, US Atty |
| | ☒ Nick Mirr, Defense Atty |
| ☒ Araceli Mendoza, US Probation / Pretrial Services | ☒ Interpreter **NOT REQUIRED** |
| ☒ Defendant present ☒ in custody USM ☐ out of custody | ☐ Defendant not present / failed to appear |

| | |
|---|---|
| ☒ Defendant continued detained | ☐ Conditions of Release imposed |
| | ☐ 199C Advice of Penalties/Sanctions |

## REMARKS

    USA proffered the pretrial services report and concurs with its recommendation of continued detention of the Defendant.

    USA argued why the Court should detain the Defendant and why there are no conditions of release which will reasonably assure Defendant's appearance as required and/or the safety of the community.

    Defense counsel argued why the Defendant should be released.

    Court colloquy with Defense regarding the allegation that Defendant took a "substitute" child to the police station to proffer as the deceased child.

    Defense responds he does not have discovery and the weight of the evidence is the least important factor for the Court to consider.

    USA presents reply argument that there are several minor witnesses that reside in Defendant's home.

**The Court ordered:**
1. USA's Motion for Detention is **granted**; subject to right to return before the Court should circumstances change.
2. There are no combination of conditions to assure the Defendant's appearance as required or conditions to ensure that Defendant is not a danger to the community and not a risk of obstruction.
3. Defendant shall be detained by the U.S. Marshal until further order of the Court.